UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                                       RE:    Roberto Mendoza ARREGUIN
                                                   Docket Number: 1:05CR00109-01
                                                   **PERMISSION TO TRAVEL**
                                                   **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted. In addition, it is also requested Your Honor provide the probation officer with the discretion to authorize any future travel by the offender to Mexico, without further Court notification.

**Conviction and Sentencing Date:** On August 13, 2003, the releasee was sentenced in the Republic of Mexico for the offense of Transportation of Heroin and Marijuana. The United States Parole Commission found that the foreign offense is most similar to Possession With the Intent to Distribute a Controlled Substance.

**Sentence imposed:** United States Parole Commission ordered the releasee released after the service of 51 months (with over-served time) on March 14, 2005, with 36 months supervised release to follow. Special conditions include: Reside and participate in a Community Corrections Center for no more than 120 days; Drug aftercare to include counseling and testing and shall abstain from the use of alcohol.

**Dates and Mode of Travel:** November 30, 2007, through January 5, 2008. The offender will be traveling by bus from Ceres, California, to Tijuana, Mexico. He will then board a flight on Avolar Airlines and fly to Michoacan, Mexico.

**Purpose:** The releasee is requesting permission to travel to Mexico to visit with his mother, his girlfriend, and his three young children. It is anticipated the offender will be returning to Mexico annually for family visits. It is requested Your Honor provide the probation officer the discretion to authorize any future travel by the offender to Mexico, without further Court notification. If allowed to travel out of the country, the offender will be instructed to report to United States Customs Officials upon his entry and exit from Mexico.

                                           Respectfully Submitted,
                                           /s/ Sandra K. Dash

                                          **SANDRA K. DASH**
                                        United States Probation Officer

**Dated:**       October 9, 2007
                  Modesto, California
                  SKD:lr

RE: **Roberto Mendoza ARREGUIN**
**Docket Number: 1:05CR00109-01**

**REVIEWED BY:**   /s/ Deborah A. Spencer
              **DEBORAH A. SPENCER**
              Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

**Approved**  _____X_____          **Disapproved**  _____

IT IS SO ORDERED.

**Dated:** __October 9, 2007__          _____/s/ Oliver W. Wanger_____
                                    UNITED STATES DISTRICT JUDGE